# EXHIBIT A



# COUNTY CLERK & DISTRICT CLERK COURT RECORDS SEARCH

# Case #2020CI24544

**Name**: PHILLIP COHEN

**Date Filed** : 12/23/2020

**Case Status** : PENDING

**Litigant Type** : PLAINTIFF

**Court** : 438

**Docket Type** : MOTOR VEHICLE ACCIDENT

**Business Name** : 2020CI24544

**Style** : PHILLIP COHEN

**Style (2)** : vs BERKLEY NATIONAL INSURANCE COMPANY

# Case History

*Currently viewing all records*

| Sequence | Date Filed | Description |
|---|---|---|
| S00001 | 12/24/2020 | CITATION CERTIFIED MAIL<br>BERKLEY NATIONAL INSURANCE COMPANY<br>ISSUED: 12/24/2020 RECEIVED: 12/24/2020<br>EXECUTED: 12/31/2020 RETURNED: 1/7/2021 |
| P00001 | 12/23/2020 | PETITION |